

# STATE OF WISCONSIN
# DEPARTMENT OF JUSTICE

**BRAD D. SCHIMEL**
ATTORNEY GENERAL

**Paul W. Connell**
Deputy Attorney General

**Delanie M. Breuer**
Chief of Staff

17 W. Main Street
P.O. Box 7857
Madison, WI  53707-7857
www.doj.state.wi.us

Timothy M. Barber
Assistant Attorney General
barbertm@doj.state.wi.us
608/266-7234
FAX 608/267-8906

May 22, 2018

**VIA E-FILING**

The Honorable David E. Jones
United States Courthouse Room 258
517 East Wisconsin Avenue
Milwaukee, WI  53202

    Re:   *Kevin Moore v. James Cygan, et al.*
           USDC – EDWI Case No. 17-CV-581

Dear Judge Jones:

    I represent the defendants in the above referenced matter. Defendants construe the plaintiff's filing (Dkt. 16) as a partial stipulation for dismissal pursuant to rule 41(a)(1)(A)(ii).  Defendants will stipulate to a dismissal with prejudice.

    Thank you.

               Sincerely,

                s/ Timothy M. Barber
                TIMOTHY M. BARBER
                Assistant Attorney General

TMB:gmm

Cc: Kevin Moore (via US MAIL)